UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ABE GIVINS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:02-CV-1444 (CEJ) |
| | ) | |
| DENIS H. AGNIEL, | ) | |
| Chairman of Parole | ) | |
| Defendant. | ) | |

**ORDER**

This habeas corpus action is before the Court upon the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig, to whom the matter was referred pursuant to 28 U.S.C. § 636(b). On May 4, 2005, Judge Fleissig issued a Report and Recommendation, recommending that the petition of Abe Givins, Jr., for writ of habeas corpus under 28 U.S.C. § 2254 be denied. No objections to the Magistrate Judge's Report and Recommendation were filed and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig [#20] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the petition of Abe Givins, Jr., for habeas corpus relief [#1] is **denied**.

**IT IS FURTHER ORDERED** that petitioner has failed to make a substantial showing of the denial of a constitutional right and the Court will not issue a certificate of appealability. See Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997).

A separate judgment in accordance with this order will be entered this same date.

```
                                  _____
                                  CAROL E. JACKSON
                                  UNITED STATES DISTRICT JUDGE
```

Dated this 1st day of June, 2005.